COCHRAN et al. v. MONTGOMERY COUNTY. (Circuit Court of Appeals, Fifth Circuit. April 5, 1904.) No. 1,343. In Error to the Circuit Court of the United States for the Middle District of Alabama. Edgar H. Gans, Thos. A. Whelan, Thos. H. Watts, and Alexander Troy, for plaintiffs in error. William L. Martin, John G. Finley, and J. F. Stallings, for defendant in error. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case has heretofore been twice before this court. On this writ of error no new questions are raised, except in regard to the allowance of interest, and as to that the Circuit Court ruled correctly, and its judgment should be affirmed; and it is so ordered. See 126 Fed. 456.

---

COULTER, Auditor, v. WEIR. (Circuit Court of Appeals, Sixth Circuit. February 13, 1904.) Nos. 1,222, 1,223. Appeals from the Circuit Court of the United States for the Eastern District of Kentucky. John W. Ray, for appellant. Lawrence Maxwell, Jr., for appellee. Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

LURTON, Circuit Judge. These two cases involve the taxes assessed against the Adams Express Company for 1897 and 1898. They were heard with Coulter, Auditor, v. Wier, President Adams Express Company (No. 1,224; C. C. A.) 127 Fed. 897, just disposed of by an opinion which covers all the questions arising upon these appeals. The decree in each case will be reversed, so far as relief is sought against the taxes claimed by the commonwealth of Kentucky, and affirmed, so far as the defendant is restrained from certifying the valuations for local assessments, except as corrected. The costs of appeal in each case will be divided.

---

COULTER, Auditor, v. FARGO. (Circuit Court of Appeals, Sixth Circuit. February 13, 1904.) No. 1,227. Appeal from the Circuit Court of the United States for the Eastern District of Kentucky. John W. Ray, for appellant. Lawrence Maxwell, Jr., for appellee. Before LURTON, SEVERENS, and RICHARDS, Circuit Judges.

LURTON, Circuit Judge. This case involves the taxes assessed against the American Express Company for 1899, 1900, and 1901. The questions are identical with those dealt with in Coulter v. Weir (C. C. A.) 127 Fed. 897, and the result must be governed by the opinion in that case. The bill will be dismissed, so far as relief is sought against the taxes claimed against the state, being in effect a suit against the state as to those taxes. The jurisdictional amount requisite to sustain the suit for the purpose of restraining the defendant from certifying the valuations to the county court clerks of the state as a basis for local assessment is sufficient, irrespective of the amount claimed by the state, and the decree in all other particulars will therefore be affirmed. The costs of appeal will be divided.